IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL HALIDOU, | No. C 08-00799 WHA |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LDK SOLAR CO, | **RESCHEDULING HEARING** |
|     Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for May 14, 2008 at 10:30 a.m. has been rescheduled for **August 21, 2008** at **11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: June 23, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Frank Justiliano*
    Frank Justiliano
    Courtroom Deputy to the
    Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL HALIDOU et al, | Case Number: CV08-00799 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LDK SOLAR CO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Catherine A. Torell
Cohen Milstein Hausfeld & Toll P.L.L.C.
150 East 52nd Street
New York, NY 10022

Dated: June 23, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk