IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISMAEL HALIDOU,　　　　　　　　　　　　　　No. C 08-00799 WHA

　　　　　Plaintiff,　　　　　　　　　　　　　　**Clerk's Notice Vacating Hearing**

　v.

LDK SOLAR CO,

　　　　　Defendant.
　_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

　　　　YOU ARE NOTIFIED THAT the Case Management Conference set for August 21, 2008 at 11:00 a.m., before the Honorable William Alsup is VACATED.

Dated: July 2, 2008　　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Dawn K. Toland
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup